IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JERRY L. EDMOND                                                        PETITIONER


v.                                          5:06CV00181 SWW-JFF


LARRY NORRIS, Director,
Arkansas Department of
Correction                                                             RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations

received from Magistrate Judge John F. Forster, Jr., and the objections filed in

response, and has further reviewed the relevant record *de novo.* The Findings and

Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Petitioner's petition for writ of habeas

corpus is dismissed with prejudice and all pending motions are denied as moot.

IT IS SO ORDERED this 28th day of September, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE