IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JERRY L. EDMOND                                                                    PETITIONER

v.                                        5:06CV00181 SWW-JFF

LARRY NORRIS, Director,
Arkansas Department of
Correction                                                                          RESPONDENT

## JUDGMENT

Pursuant to the Proposed Findings and Recommendations filed in this matter, it is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus is dismissed with prejudice and all pending motions are denied as moot.

IT IS SO ADJUDGED this 28th day of September, 2006.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE